In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00027-CV


____________________



CHRISTUS ST. MARY HOSPITAL a/k/a CHRISTUS HEALTH


SOUTHEAST TEXAS, Appellant



V.



IRENE SALAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE 


ESTATE OF AURILANO SALAS, AURILANO SALAS, JR., LUIS SALAS,


DANNY C. SALAS, DAVID C. SALAS, RUDY SALAS, DIANA SEPEDA, 


JOSE SALAS, ESMERALDA SALAS AND ESMERALDA SALAS, II, Appellees


 




On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-170,948 






MEMORANDUM OPINION



 The appellant, Christus St. Mary Hospital a/k/a Christus Health Southeast Texas, and
the appellees, Irene Salas, Individually and as Representative of the Estate of Aurilano Salas,
Deceased, Aurilano Salas, Jr., Luis Salas, Danny C. Salas, David C. Salas, Rudy Salas, Diana
Sepeda, Jose Salas, Esmeralda Salas and Esmeralda Salas, II, filed a joint motion to dismiss
this appeal. The parties allege they have reached a settlement agreement and ask the Court
to vacate the judgment of the trial court and remand the case to the trial court for entry of a
take-nothing judgment. The motion is voluntarily made by the parties prior to any decision
of this Court. See Tex. R. App. P. 42.1(a)(2). We grant the motion, vacate the judgment of
the trial court without regard to the merits and remand the case to the trial court for entry of
a take-nothing judgment in favor of Christus St. Mary Hospital.

 VACATED AND REMANDED.


 

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered January 15, 2009


Before McKeithen, C.J., Gaultney and Kreger, JJ.